JOHN O'MALLEY, an Infant, by His Guardian ad Litem, JOHN STERZER, and WILLIAM STERZER, Appellants, v. NEW YORK MEDICAL COLLEGE AND HOSPITAL

* Affd., 265 N. Y. ——.

FOR WOMEN, Respondent.— Judgment appealed from by the plaintiff John O'Malley, an infant, by his guardian *ad litem*, John Sterzer, reversed and a new trial ordered, with costs to said appellant to abide the event, upon the ground that the verdict is against the weight of the credible evidence, the action severed, and the judgment appealed from by the plaintiff William Sterzer affirmed, with costs to the respondent against said appellant. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.